IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01944-MSK-MEH

ECONALYTIC SYSTEMS, INC.,

    Plaintiff,

v.

ENERTECK CORP.,

    Defendant.

---

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on March 17, 2010.**

Defendant's Motion to Amend the Scheduling Order and Extend Discovery Deadlines [filed March 12, 2010; docket #23] is **granted**. For good cause shown, the Scheduling Order shall be amended as follows:

| | |
|---|---|
| Deadline to serve discovery requests: | April 15, 2010 |
| Discovery cutoff: | May 24, 2010 |
| Dispositive motion deadline: | June 23, 2010 |

All other deadlines and conference dates shall remain the same.