IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Case No. 09-CV-1944-MSK-MEH

ECONALYTIC SYSTEMS, INC.,
        Plaintiff and Counterclaim Defendant,

v.

ENERTECK CORP.,
        Defendant and Counterclaim Plaintiff

## CONSENT DECREE

Upon the Joint Motion of Enerteck Corporation ("Enerteck") and Econalytic Systems, Inc. ("Econalytic"), and considering the compromise and settlement of the claims between such parties, and the consent of the parties as evidenced by their signatures below:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Enerteck Corp. shall (1) authorize the immediate release to Econalytic of the sum of five-hundred forty-one thousand, eight-hundred eighty-two dollars and seventy cents ($541,882.70), plus any accrued interest, which was deposited in the Registry of the Boulder County District Court; (2) on or before May 28, 2010, or such other date as the parties mutually agree in writing, pay Econalytic the sum of five-hundred thousand dollars and no cents ($500,000.00) plus interest at the rate of 4% per annum from July 13, 2009, compounded monthly, until the date Enerteck makes said payment; and (3) on or before May 28, 2010, or such other date as the parties mutually agree in writing, pay to Econalytic the sum of seventy-five thousand dollars ($75,000.00) on or before May 28, 2010. EnerTeck shall not deduct from or offset against such payments any amount that may be owed by Econalytic to Enerteck without further order from this Court. The payments required herein shall be made directly to Econalytic. Payments may not be deposited with Court. Any attempt by Enerteck to deposit the payments with the Court shall be deemed a default.

IT IS FURTHER HEREBY ORDERED, ADJUDGED AND DECREED that Econalytic and its principal, Jack Kracklauer, be and are hereby enjoined until July 13, 2011 from Competing, either directly or indirectly, with EnerTeck in the United States or anywhere abroad. The term "Competitor" shall mean any person, partnership, association, corporation, or other organization, whether located within the United States of America or anywhere abroad, engaged partly or entirely in the business of researching,

developing, manufacturing, marketing, registering, or selling ferrocene-based liquid diesel fuel additive products. The term "Competing" shall include, but not be limited to, (i) owning, managing, operating, joining, controlling, being employed by, or participating in ownership, management, operation, or control of any Competitor, (ii) entering into any transaction with any Competitor involving ferrocene based liquid diesel fuel additives, (iii) providing consulting or other advice (whether compensated or uncompensated) concerning ferrocene based liquid diesel fuel additives to a Competitor or on behalf of a Competitor, (iv) acting or contracting to act as a distributor, manager, or sales agent for the sale of any ferrocene based liquid diesel fuel additives for any Competitor, or (v) being a Competitor and transacting any business involving ferrocene based liquid diesel fuel additives.

In the event that Enerteck defaults on any of the payments required in this Consent Decree for any reason or for no reason at all, then, upon notice to the Court by Econalytic of such a default, the injunction set forth herein shall immediately terminate without further Order of the Court.

This injunction shall terminate by its own terms on July 14, 2011.

The Clerk is directed to close this case, subject to reopening for good cause shown.

READ, RENDERED AND SIGNED on this 4th day of May, 2010, at Denver, Colorado.

**BY THE COURT:**

*Marcia S. Krieger*
_____

Agreed:

ECONALYTIC SYSTEMS, INC.         ENERTECK CORPORATION

*/s/ Jack Kracklauer*            */s/ Gary B. Aman*

By:  Jack Kracklauer             By:  Gary Aman
Its: President                   Its: President

Agreed as to form:

| | |
|---|---|
| */s/ Neal S. Cohen* | */s/ Livingston Keithley* |
| Neal S. Cohen, Esq.<br>Brandee Caswell, Esq.<br>Faegre & Benson, LLP<br>1900 Fifteenth Street<br>Boulder, CO 80302<br>ncohen@faegre.com<br>*Counsel for Econalytic Systems, Inc.* | *Livingston Keithley, Esq.*<br>Kelly, Stacy & Rita LLC<br>1401 Seventeenth Street, Suite 925<br>Denver, CO 80202<br>lkeithley@kellystacylaw.com<br>*Counsel for Enerteck Corp.* |